UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACKIE SHEETS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-00845-RLY-MJD ) ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION FOR DISMISSAL

NOW COME the parties, Plaintiff, JACKIE SHEETS, by counsel, Melissa Davidson, and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by counsel, Jennifer Kalas, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved. The Parties stipulate and agree and now move the Court to dismiss this matter with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Melissa A. Davidson | /s/ Jennifer Kalas |
| Melissa A. Davidson | Jennifer Kalas (17396-64) |
| CHARLES D. HANKEY LAW OFFICE | HINSHAW & CULBERTSON LLP |
| 429 E. Vermont Street, Suite 200 | 332 Indianapolis Blvd., Suite 201 |
| Indianapolis, IN 46202 | Schererville, IN 46375 |
| mdavidson@hankeylawoffice.com | jkalas@hinshawlaw.com |