UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACKIE SHEETS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-00845-RLY-MJD ) ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS CAUSE coming to be heard on the Stipulation for Dismissal of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs and fees.

SO ORDERED

Date: 8/11/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All Counsel of Record